**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON WAYNE NAILLIEUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3284 (UNA) |
| | ) | |
| SELFLY QUOTED IN THE SPECIAL POLICE/ | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| CHAIN OF COMMAND, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

The Court is mindful that complaints filed by *pro se* litigants are held to less stringent

standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404

U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of

Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal

Rules of Civil Procedure requires that a complaint contain a short and plain statement of the

grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim

showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader

seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice

to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to

prepare an adequate defense and to determine whether the doctrine of *res judicata* applies.

*Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's claim appears to arise from an alleged assault by a special police officer in the

District of Columbia. No details of the incident are alleged, however, and it is not clear where,

when, or by whom plaintiff was assaulted. Plaintiff's allegations of murder are even less clear.

As drafted, the complaint fails to meet the minimal pleading standard set forth in Rule 8(a).

Furthermore, the complaint is deficient for its failure to comply with Local Civil Rule 5.1(c),

which calls for the full name and address of the intended defendant, and with Federal Rule of

Civil Procedure 11(a) which requires plaintiff's signature.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss

the complaint.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: December 17, 2020                        /s/
                                               CHRISTOPHER R. COOPER
                                               United States District Judge